IVEY *et al.* v. CITY OF ROME *et al.*

EVANS, P. J. The amendment which was disallowed presented substantially the same features contained in the original petition; and under the ruling made when this case was before the court on a former occasion (129 *Ga.* 286, 58 S. E. 852), it was not error to disallow the amendment and dismiss the petition.

*Judgment affirmed. All the Justices concur.*

Argued June 20,—Decided December 1, 1908.

Equitable petition. Before Judge Wright. Floyd superior court. October 26, 1907.

*Henry Walker,* for plaintiffs. *G. E. Maddox,* for defendants.

---

HILL v. HILL.

HOLDEN, J. There was no abuse of discretion by the court in awarding temporary alimony and attorney's fees, under the pleadings and evidence.

*Judgment affirmed. All the Justices concur.*

Argued July 22,—Decided December 1, 1908.

Temporary alimony. Before Judge Freeman. Troup superior court. October 1, 1907.

*A. H. Thompson,* for plaintiff in error. *H. A. Hall,* contra.